GEORGE A. L'HOMMEDIEU et al., Appellants, *v.* ROBERT D. WINTHROP, Respondent.

*L'Hommedieu* v. *Winthrop*, 97 App. Div. 637, affirmed.
(Submitted March 14, 1907; decided April 2, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1904, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court in an action to recover a balance alleged to be due on a building contract.

*Harrison S. Moore* and *Clinton B. Smith* for appellants.

*Henry W. Taft* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, VANN, WERNER, HISCOCK and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.